UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:03-cv-44-LJM-WGH |
| | ) | |
| $438,035.52 WITHDRAWN FROM FIFTH THIRD BANK ACCOUNT NUMBER 1810008110, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PENDING MOTIONS TO STAY DISCOVERY**

    This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on the Motion to Stay Discovery Between Plaintiff and Claimants Nicholas Nolter and Worldnet Fiber, Ltd., filed December 12, 2005 (Docket No. 106), and the Motion to Stay Discovery Between Plaintiff and Claimant Randy Howard filed December 14, 2005 (Docket No. 110).  Responses in Opposition were filed by Nicholas Nolter and Worldnet Fiber on December 28, 2005 (Docket Nos. 117, 118) and was argued again in a Brief in Support of Response in Opposition to the Motion to Strike filed by Nicholas Nolter and Worldnet Fiber on January 6, 2006 (Docket Item 125).

    The Magistrate Judge, being duly advised, now **DENIES** both of these motions to stay discovery.

    The original Complaint in this case seeks forfeiture of a certain amount of currency.  That Complaint was filed on February 28, 2003.  Based on *ex parte* motions by the United States filed under seal (Docket Nos. 20-22), Chief Judge

Larry J. McKinney granted a motion to stay this case for six months. That motion was renewed (Docket Nos. 27-28) and on March 22, 2004, Chief Judge McKinney signed the *ex parte* order again extending the stay with respect to this case. This case was then stayed until October 21, 2004 (Docket No. 41) when, at the request of the United States, the court lifted the stay in this matter.

This action is brought under Supplemental Rules for certain admiralty and maritime claims. Rule A of the Supplemental Rules provides that the General Rules of Civil Procedure for the United States District Courts are also applicable except to the extent they are inconsistent with the Supplemental Rules. Under Federal Rule of Civil Procedure 26, the parties to a claim are allowed to seek discovery regarding any matter not privileged that is relevant to the claim or defense of any party. That discovery must be allowed unless, upon a motion by another party or by the person from whom discovery is sought, and for good cause shown, a protective order should issue. (See Rule 26(c)). In this case, the United States has not provided any showing of good cause for the issuance of a protective order staying all discovery. The United States suggests that the court may resolve a disputed legal issue in a manner that would make further discovery unnecessary. However, based on the Magistrate Judge's review of Nicholas Nolter and Worldnet Fiber, Ltd.'s responses, the Magistrate Judge believes that Mr. Nolter and Worldnet have established at least a colorable claim to the proceeds in this matter. So long as a colorable claim for the proceeds exists, discovery should go forward in this case. Mr. Howard has not filed a separate response. However, in light of the fact that Mr. Nolter and Worldnet's responses indicate a colorable claim is in existence and that discovery

should go forward, Mr. Howard is entitled to proceed on the same basis at this time. Requiring Mr. Howard to be stayed while other parties proceed with discovery would result in the potential to have some deposition undertaken a second time at a later date. The Magistrate Judge believes that judicial economy would be served by having all participants proceed in determining when various funds came into the accounts at issue.

Therefore, the Magistrate Judge **DENIES** the United States' motions to stay discovery (Docket Nos. 106 and 110) because it has failed to show good cause why a general protective order barring all discovery in this case should be entered. The Magistrate Judge finds that Mr. Nolter and Worldnet's claims are at least colorable and that the development of facts to allow a resolution of this claim on the merits should go forward. By denying these motions to stay, the Magistrate Judge does not conclude that any and all discovery is appropriate under the circumstances. However, the Magistrate Judge will need to resolve discovery disputes on a particularized basis.

**SO ORDERED.**

**Dated:** 01/23/2006

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM G. HUSSMANN, JR.
　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge

**Electronic copies to:**

Harold R. Bickham
BARNES & THORNBURG LLP
hbickham@btlaw.com

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov

Steven K. Hahn
ZIEMER STAYMAN WEITZEL & SHOULDERS
shahn@zsws.com

George Porch
BOWERS HARRISON LLP
gap@bowersharrison.com

Adria S. Price
PRICE & ASSOCIATES, LLC
adria@pricelaw.net

Barry M. Wax
LAW OFFICES OF BARRY M. WAX
barrywax@bellsouth.net